UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| THE NANCY SUE DAVIS TRUST, | § § | |
| Appellant, | § | |
| VS. | § | CIVIL ACTION NO. C-08-136 |
| | § | |
| DAVIS PETROLEUM CORPORATION, *et al*, | § § | |
| Appellees. | § § | |

## ORDER

Now before the Court is Appellant's Unopposed Motion for Extension of Time to File Appellant's Brief (the "Motion"). The Court finds that the Motion should be—and hereby is—GRANTED in its entirety.

Accordingly, the Court hereby ORDERS that Appellant Nancy Sue Davis Trust's Appellant's Brief is due on June 13, 2008.

SIGNED and ORDERED this 27th day of May, 2008.

_____
Janis Graham Jack
United States District Judge

1 / 1